UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FIRSTCASH, INC., *et al*,<br><br>　　　　　　Defendants. | Civil Action No. 4:21-cv-01251-P |

**[PROPOSED] ORDER GRANTING AGREED MOTION TO STAY PROCEEDINGS**

Before the Court is the Parties' Agreed Motion to Stay Proceedings [Dkt. No. -] (the "Motion"). After reviewing the Motion, the Court finds that there is good cause for a stay, that a stay would serve the interests of justice and judicial efficiency, and that the stay is reasonable given the needs of this case. Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED**. The Court **ORDERS** as follows:

1. All proceedings in this action shall be stayed until the Fifth Circuit issues its mandate in *Community Financial Services Association of America Ltd. v. CFPB*, No. 21-50826 (5th Cir. Oct. 19, 2022) ("*Community Financial*") and the time to seek a writ of certiorari from the United States Supreme Court has run;

2. Should any party in *Community Financial* file a timely petition for a writ of certiorari, this action shall remain stayed until after the Supreme Court's final disposition of that petition;

3. If the Supreme Court grants certiorari in *Community Financial*, this action shall remain stayed until the Supreme Court has issued a decision on the merits or otherwise has concluded its review of the case;

4. The Scheduling Order (ECF No. 37, as modified by ECF No. 62), including all associated deadlines, is hereby **VACATED**;

5. Any party may move this Court to extend the stay or lift the stay before it expires on its own terms, upon a showing of good cause (provided, however, that the intervention or substitution of a party alone shall not constitute good cause to lift the stay); and

6. The Parties shall file a Joint Report within 45 days of the conclusion of the stay. The Joint Report shall contain statements of how the parties wish to proceed.

It is **SO ORDERED** on this _____ day of _____, 2022.

                                                                  _____
                                                                   Hon. Mark T. Pittman
                                                                  United States District Court