UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CONSUMER FINANCIAL PROTECTION BUREAU,**

   Plaintiff,

v.     No. 4:21-CV-1251-P

**FIRSTCASH, INC., ET AL.,**

   Defendants.

## ORDER

Before the Court is the parties' agreed motion to stay the proceedings pending the resolution of further appellate activity in *Community Financial Services Association of America, Ltd. v. CFPB*, No. 21-50286, 2022 WL 11054082 (5th Cir. Oct. 19, 2022). ECF No. 66. Having considered the motion and *Community Financial Services Association of America, Ltd.*, the Court finds that the motion to stay should be **GRANTED**. The Court therefore **ORDERS** that this case is **STAYED** pending the resolution of appellate activity in *Community Financial Services Association of America, Ltd*. The parties must notify the Court of the case's resolution within **ten days** of the end of appellate activity.

The Court directs the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case until the Court orders it to be reopened.

**SO ORDERED** on this **4th day of November 2022**.

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE