IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>    Plaintiff,<br><br>    v.<br><br>FirstCash, Inc., et al.,<br><br>    Defendants. | Civil Action No. 4:21-cv-1251-P |

## PLAINTIFF'S EXPERT DESIGNATION

At the trial of this matter, the Consumer Financial Protection Bureau (Bureau) intends to call as an expert witness Dean Karlan, Ph.D. Dr. Karlan's address is 2211 Campus Drive, Room 4441, Northwestern University, Evanston, IL 60208.

Plaintiff also intends to call as a witness Jeff Dell. Mr. Dell's address is 2650 North Military Trail, Suite 300, Boca Raton, FL 33431. The Bureau asserts that Mr. Dell's testimony is permitted as a fact witness, but provides this designation in the event that this Court finds otherwise.

By the end of the day today, the Bureau will have provided Defendants with all of the materials described in Federal Rule of Civil Procedure 26(a)(2) for both Dr. Karlan and Mr. Dell.

Dated: September 20, 2024

s/Jacob A. Schunk
Jacob A. Schunk (IA AT001908)
Benjamin R. Brunner (IL 6312432)
Enforcement Attorneys
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Schunk): 202-718-0934
Fax: 703-642-4585
jacob.schunk@cfpb.gov

*Attorneys for the Consumer Financial Protection Bureau*

**Expert Designation – Page 2**

## **CERTIFICATE OF SERVICE**

On September 20, 2024, I served via electronic service through the Court's electronic filing system a true and correct copy of the foregoing Plaintiff's Expert Designation. Copies were sent to counsel for Defendants, identified below:

Michael J. Agoglia
Alston & Bird, LLP
560 Mission St.
San Francisco, CA 94105
(415) 243-1011
michael.agoglia@alston.com

s/ Jacob A. Schunk
Jacob A. Schunk
