UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRSTCASH, INC., et al.,<br><br>　　　　Defendants. | Civil Action No. 4:21-cv-01251-P |

## FIRSTCASH DEFENDANTS' EXPERT DESIGNATION

Pursuant to the Scheduling Order in this action [Dkt. 71], the FirstCash Defendants[1] hereby designate Carl Pry, CRCM, CRP, as an expert witness who the FirstCash Defendants intend to call at trial in this action. Mr. Pry's address is 1245 W. Road 1 S., Chino Valley, Arizona, 86323. FirstCash Defendants are submitting materials to Plaintiff in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

Dated: September 20, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tania Rice*

　　　　　　　　　　　　　　　　　　　　　　　　　VARTABEDIAN, HESTER & HAYNES

　　　　　　　　　　　　　　　　　　　　　　　　　Alix Allison
　　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24086261
　　　　　　　　　　　　　　　　　　　　　　　　　VARTABEDIAN, HESTER & HAYNES

---

[1] FirstCash, Inc.; Cash America West, Inc.; FCFS AL, Inc.; Cash America East, Inc.; Cash America Inc. of Alaska; Georgia Cash America, Inc.; FCFS IN, Inc.; FCFS TN, Inc.; FCFS OH, Inc.; FCFS KY, Inc.; Cash America, Inc. of Louisiana; FCFS MO, Inc.; Cash America of Missouri, Inc.; Cash America, Inc. of North Carolina; FCFS NC, Inc.; FCFS OK, Inc.; FCFS SC, Inc.; Pawn TX, Inc.; Cash America Pawn L.P.; and Cash America Advance, Inc.

1

301 Commerce Street, Suite 3635
Fort Worth, Texas 76102
Telephone: 817-214-4973
alix.allison@vhh.law

ALSTON & BIRD LLP

Michael J. Agoglia
California State Bar No. 154810
(*Pro Hac Vice*)
John Redding
California State Bar No. 149076
(*Pro Hac Vice*)
Tania Rice
California State Bar No. 294387
(*Pro Hac Vice*)
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105-0912
Telephone: 415-243-1011
Facsimile: 415-243-1001
michael.agoglia@alston.com
john.redding@alston.com
tania.rice@alston.com

*Attorneys for FirstCash Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 20, 2024, I caused a true and correct copy of this document to be served upon counsel of record for plaintiff Consumer Financial Protection Bureau by filing with the Court's electronic-filing system.

*/s/ Tania Rice*
Tania Rice