IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau, <br><br> Plaintiff, <br><br> v. <br><br> FirstCash, Inc., *et al*., <br><br> Defendants. | Civil Action No. 4:21-cv-1251-P |

## JOINT MOTION FOR STAY AND EXTENSION

Plaintiff the Consumer Financial Protection Bureau (Bureau) and Defendants FirstCash, Inc., *et al*. (FirstCash) jointly submit this motion for a 60-day stay of discovery and extension of all deadlines. The parties so request to allow the parties to focus on ongoing settlement discussions and, if warranted, an additional in-person mediation in Fort Worth.

The Court's March 20, 2025 Order, ECF No. 126, directed the parties to submit a joint report and proposed amended scheduling order by April 3, 2025. Both before and since that Order, the parties have engaged in settlement discussions aimed at resolving this litigation and preserving judicial and party resources. To allow those discussions to run their full course, the parties request that this Thursday's deadline be extended for 60 days, until June 2, 2025. During that 60-day period, the parties intend to continue their settlement discussions and engage with the Court-assigned mediator, the Hon. David L. Evans, including potentially to request a second in-person mediation in Fort Worth. By June 2, 2025, the parties will either notify the Court of a potential resolution or submit a proposed schedule for the remainder of discovery and a trial of this matter.

**Joint Motion for Stay – Page 1**

Dated: April 1, 2025

s/Jacob A. Schunk
Jacob A. Schunk (IA AT001908)
Benjamin Buchholz (DC Bar No. 1780676)
Michael J. Wadden (NY Bar No. 5577903)
Enforcement Attorneys
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Schunk): 202-718-0934
Fax: 703-642-4585
jacob.schunk@cfpb.gov

*Attorneys for the Consumer Financial Protection Bureau*

Dated: April 1, 2025

s/Michael J. Agoglia
Michael J. Agoglia
Alix Allison
Texas State Bar No. 24086261
VARTABEDIAN, HESTER & HAYNES
301 Commerce Street, Suite 3635
Fort Worth, TX 76102
Telephone: 817-214-4973

alix.allison@vhh.law

Michael J. Agoglia
California State Bar No. 154810
Tania Kazi
California State Bar No. 294387
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105-0912
Telephone: 415-243-1011
Facsimile:  415-243-1001
michael.agoglia@alston.com
tania.kazi@alston.com

*Attorneys for Defendants*

**Joint Motion for Stay – Page 2**