UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CONSUMER FINANCIAL**
**PROTECTION BUREAU,**

   Plaintiff,

v.                                        No. 4:21-cv-1251-P

**FIRSTCASH, INC., ET AL.,**

   Defendants.

## ORDER

Before the Court is the parties' Joint Motion for Stay and Extension (ECF No. 127). Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion.

Absent further order of the Court, the parties are hereby **ORDERED** to submit a joint status report by no later than **June 2, 2025**. Unless the parties indicate in that joint status report that they have reached a settlement, the joint status report shall include a proposed amended scheduling order in the form prescribed by this Court's March 20, 2025 Order, ECF No. 126, It is further **ORDERED** that all other deadlines are extended for 60 days and discovery is stayed for 60 days.

**SO ORDERED** on this **1st day of April 2025.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE