IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>      Plaintiff,<br><br>      v.<br><br>FirstCash, Inc., *et al*.,<br><br>      Defendants. | Civil Action No. 4:21-cv-1251-P |

## JOINT STATUS REPORT

Plaintiff Consumer Financial Protection Bureau and Defendants FirstCash, Inc., *et al*. jointly submit this report in accordance with the Court's April 1, 2025 order. The parties have reached an agreement in principle to fully resolve this action. They are in the process of documenting that agreement and, in the near future, expect to submit that resolution to the Court with a request to enter judgment accordingly.

Dated: May 29, 2025

                                        *s/ Jacob A. Schunk*
                                        Jacob A. Schunk (IA AT001908)
                                        Benjamin Buchholz (DC Bar No. 1780676)
                                        Michael J. Wadden (NY Bar No. 5577903)
                                        Enforcement Attorneys
                                        Consumer Financial Protection Bureau
                                        1700 G Street, NW
                                        Washington, DC 20552
                                        Telephone (Schunk): 202-718-0934
                                        Fax: 703-642-4585
                                        jacob.schunk@cfpb.gov

                                        *Attorneys for the Consumer Financial Protection Bureau*

Dated: May 29, 2025                         *s/Michael J. Agoglia*

Alix Allison
Texas State Bar No. 24086261
VARTABEDIAN, HESTER & HAYNES
301 Commerce Street, Suite 3635
Fort Worth, TX 76102
Telephone: 817-214-4973
alix.allison@vhh.law

Jared M. Slade
Texas State Bar No. 24060618
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: 214-922-3424
jared.slade@alston.com

Michael J. Agoglia
California State Bar No. 154810
Tania Kazi
California State Bar No. 294387
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1011
Facsimile:  415-243-1001
michael.agoglia@alston.com
tania.kazi@alston.com

*Attorneys for Defendants*