IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br>v.<br>FirstCash, Inc., *et al*.,<br><br>Defendants. | Civil Action No. 4:21-cv-1251-P |

**JOINT MOTION FOR ENTRY OF**
**PROPOSED STIPULATED FINAL JUDGMENT AND ORDER**

Plaintiff the Consumer Financial Protection Bureau (Bureau) and all defendants—FirstCash, Inc., Cash America West, Inc.; FCFS AL, Inc.; Cash America East, Inc.; Cash America Inc. of Alaska; Georgia Cash America, Inc.; FCFS IN, Inc.; FCFS TN, Inc.; FCFS OH, Inc.; FCFS KY, Inc.; Cash America, Inc. of Louisiana; FCFS MO, Inc.; Cash America of Missouri, Inc.; Cash America, Inc. of North Carolina; FCFS NC, Inc.; FCFS OK, Inc.; FCFS SC, Inc.; Pawn TX, Inc.; Cash America Pawn L.P.; and Cash America Advance, Inc. (FirstCash)—(collectively, "the Parties") have agreed to the attached Proposed Stipulated Final Judgment and Order, which, if entered by the Court, would settle and resolve this action. The Parties jointly request that the Court approve and enter the Proposed Stipulated Final Judgment and Order, attached here as Exhibit A.

1. The Bureau's Amended Complaint alleges that, in connection with its pawn loans, FirstCash violated the Military Lending Act (MLA), 10 U.S.C. § 987, and, because of a prior consent order issued against a corporate predecessor that prohibited any MLA violations, the Consumer Financial Protection Act of 2010, 12 U.S.C. § 5536(a)(1)(A).

2. For purposes of the Proposed Stipulated Final Judgment and Order, FirstCash neither admits nor denies the allegations in the Amended Complaint, except that FirstCash admits

the facts necessary to establish the Court's jurisdiction over FirstCash and the subject matter of this action.

3. The Parties agreed to the terms stated in the Proposed Stipulated Final Judgment and Order to voluntarily resolve all claims arising from the conduct alleged in the Amended Complaint.

4. This Court possesses jurisdiction over the parties and subject matter of this action.

5. Entry of the Proposed Stipulated Final Judgment and Order is in the public interest.

Accordingly, the Parties jointly request that this Court approve and enter the Proposed Stipulated Final Judgment and Order.

Dated: July 11, 2025

s/Jacob A. Schunk
Jacob A. Schunk (IA AT001908)
Benjamin Buchholz (DC Bar No. 1780676)
Enforcement Attorneys
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Schunk): 202-718-0934
Fax: 703-642-4585
jacob.schunk@cfpb.gov

*Attorneys for the Consumer Financial Protection Bureau*

Dated: July 11, 2025

s/ Michael J. Agoglia
Michael J. Agoglia

Alix Allison
Texas State Bar No. 24086261
VARTABEDIAN, HESTER & HAYNES
301 Commerce Street, Suite 3635
Fort Worth, TX 76102
Telephone: 817-214-4973
alix.allison@vhh.law

Michael J. Agoglia
California State Bar No. 154810
Tania Kazi
California State Bar No. 294387
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105-0912
Telephone: 415-243-1011
Facsimile: 415-243-1001
michael.agoglia@alston.com
tania.kazi@alston.com

Jared M. Slade
Texas State Bar No. 24060618
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: 214-922-3424
jared.slade@alston.com

*Attorneys for Defendants*
*FirstCash, Inc., Cash America West, Inc.; FCFS AL, Inc.; Cash America East, Inc.; Cash America Inc. of Alaska; Georgia Cash America, Inc.; FCFS IN, Inc.; FCFS TN, Inc.; FCFS OH, Inc.; FCFS KY, Inc.; Cash America, Inc. of Louisiana; FCFS MO, Inc.; Cash America of Missouri, Inc.; Cash America, Inc. of North Carolina; FCFS NC, Inc.; FCFS OK, Inc.; FCFS SC, Inc.; Pawn TX, Inc.; Cash America Pawn L.P.; and Cash America Advance, Inc.*